**Ashwin Ladva, Esq. (SB # 206140)**
**Scott S. Nakama, Esq. (SB # 296736**
**LADVA LAW FIRM**
530 Jackson Street, 2nd Flr.
San Francisco, CA 94133
(415) 296-8844
(415) 296-8847 (f)
ladvalaw@gmail.com
snakama@ladvalaw.com

Attorneys for Plaintiff Jose Buitrago

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BUITRAGO, | Case No.: 4:24-cv-00814-DMR |
| Plaintiff, | NOTICE OF DISMISSAL |
| vs. | |
| TF COURIER, INC., SUBCONTRACTING CONCEPTS, LLC DBA TFORCE, | |
| TFORCE LOGISTICS WEST, LLC, | |
| Defendants. | |

_____

     Plaintiff Jose Buitrago (hereinafter "Plaintiff"), by and through his counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby request to dismiss this entire action on the basis that Plaintiff was a class member of a class action and failed to timely opt out of the class action settlement. Defendants have not been served with the lawsuit nor have any of the Defendants appeared in this case.

**LADVA LAW FIRM**

Dated:    February 19, 2024                     Ladva Law Firm

By: _____
                                        Scott S. Nakama, Esq.
                                        Attorney for Plaintiff
                                        JOSE BUITRAGO